**Opinion issued November 22, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00462-CV**
_____

**JOHN FREEMAN, Appellant**

**V.**

**DEBRA REED RATHCKE, GUARDIAN OF THE ESTATE OF DAVID K. REED, INCAPACITATED, Appellee**

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 467,277-401**

---

## MEMORANDUM OPINION

Appellant, John Freeman, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified on July 11, 2022 and August 23, 2002 that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 37.3(b),

42.3(b). Accordingly, we dismiss the appeal for want of prosecution. All pending motions, including appellant's motion to extend the notice of appeal deadline, are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.